In the Matter of SHAWN GREEN, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents.

Submitted June 15, 2009; decided June 30, 2009

Motion for reargument of motion for leave to appeal denied [see 12 NY3d 703 (2009)].

Chief Judge LIPPMAN taking no part.

IDT CORP. et al., Appellants, v TYCO GROUP, S.A.R.L., et al., Respondents.

Submitted June 22, 2009; decided June 30, 2009

Motion to strike portions of appellants' reply brief denied.

Chief Judge LIPPMAN taking no part.